UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAX BLANKFELD, JOHNNY EDWARDS ADAM FINN, DAVID KLEIN, MARK MEY ALAN SCHAEFER, FIORE TALARICO, and ROBERT TEH, | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. H-09-162 |
| MERRILL LYNCH & CO., INC. and MERRILL LYNCH PIERCE FENNER & SMITH, INC., | § | JURY |
| Defendants. | § | |

APPENDIX TO ORIGINAL COMPLAINT

Plaintiffs Max Blankfeld, Johnny Edwards, Adam Finn, David Klein, Mark Mey, Alan Schaefer, Fiore Talarico and Robert Teh file this appendix of shareholder certifications to the original complaint. The certifications are attached as exhibits A – H.

Dated: February 6, 2009

Respectfully submitted,

/s/ Stephen S. Andrews
Stephen S. Andrews
Attorney in Charge
Texas State Bar No. 01250300
Federal I.D. No. 1458
OAKS HARTLINE & DALY, L.L.P.
2323 S. Shepherd Drive, 14th Floor
Houston, TX 77019
(713) 979-5123 (Telephone)
(713) 979-4440 (Fax)
andrews@ohdlegal.com

Of Counsel:

Stephen Lowey
Geoffrey Horn
LOWEY DANNENBERG COHEN & HART, P.C.
1 North Broadway, Suite 509
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
slowey@lowey.com

**ATTORNEYS FOR PLAINTIFFS**

# EXHIBIT A

**CERTIFICATION**

I, MORDECHAI (MAX) BLANKFELD hereby certify as follows:

1. I did not purchase or acquire the auction rate preferred securities at issue in this litigation at the direction of counsel or in order to participate in any private action under the federal securities laws.

2. I have reviewed the Class Action Complaint filed against Merrill Lynch and others, captioned __________ v. Merrill Lynch & Co, Inc, *et al.* As of this date, I adopt these claims.

3. I am willing to serve as lead plaintiff in this case, including providing testimony at deposition and trial, if necessary.

4. My purchases of Auction Rate Preferred Securities are identified in the annexed chart.

5. I have not sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years, except in N.A.

6. I will not accept payment for serving as a lead plaintiff beyond my pro rata share of any recovery as ordered or approved by the Court.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22 day of JAN, 2009

Name and Address Here
MAX BLANKFELD
8902 LIMERICK
HOUSTON TX 77024

2249 / MISC / 00092785.WPD v1

## AUCTION RATE PREFERRED STOCK HELD

| Security Description | Purchase Date | Quantity | Face Amount |
|---|---|---|---|
| Black Rock MVF | | | $175,000 |

# EXHIBIT B

**CERTIFICATION**

I, JOHNNY EDWARDS, hereby certify as follows:

1. I did not purchase or acquire the auction rate preferred securities at issue in this litigation at the direction of counsel or in order to participate in any private action under the federal securities laws.

2. I have reviewed the Class Action Complaint filed against Merrill Lynch and others, captioned __________ v. Merrill Lynch & Co, Inc, *et al* As of this date, I adopt these claims.

3. I am willing to serve as lead plaintiff in this case, including providing testimony at deposition and trial, if necessary.

4. My purchases of Auction Rate Preferred Securities are identified in the annexed chart.

5. I have not sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years, except in N/A

6. I will not accept payment for serving as a lead plaintiff beyond my pro rata share of any recovery as ordered or approved by the Court.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16 day of JAN, ~~2008.~~ 2009

Johnny Edwards

JOHNNY EDWARDS
42 E BAY BLVD
THE WOODLANDS, TX 77380

Name and Address Here

## AUCTION RATE PREFERRED STOCK HELD

| Security Description | Purchase Date | Quantity | Face Amount |
|---|---|---|---|
| VAN KAMPEN - VGM | 11/30/07 | * | $ 1,725,000 |

# EXHIBIT C

**CERTIFICATION**

I, ADAM FINN, hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of THE ADAM & SUSAN FINN REVOCABLE TRUST (hereinafter "FT").

2. FT did not purchase or acquire the auction rate preferred securities at issue in this litigation at the direction of counsel or in order to participate in any private action under the federal securities laws.

3. I have reviewed the Class Action Complaint filed against Merrill Lynch & Co., and others, captioned ______ v. Merrill Lynch & Co., Inc., *et al.*,. As of this date, FT adopts these claims.

4. FT is willing to serve as lead plaintiff in this case, including providing testimony at deposition and trial, if necessary.

5. FT purchases of Auction Rate Preferred Stock are identified in the annexed chart.

6. FT has not sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years, except in ______________________________

______________________________

7. FT will not accept payment for serving as a lead plaintiff beyond a pro rata share of any recovery as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of DEC., 2008.

______________________________

Name and Address Here

ADAM FINN
5312 BRAEBURN DR.
BELLAIRE, TX 77401

2249 / MISC / 00092789.WPD v1

**AUCTION RATE PREFERRED STOCK HELD**

| Security Description | Purchase Date | Quantity | Face Amount |
|---|---|---|---|
| BlackRock Muni INTERDURATION Fund CUSIP # 09253X409 | 12-6-06 | 1-UNIT | $25,000 |
| BlackRock Muni INTERDURATION Fund CUSIP # 09253X508 | PRIOR to 2006 | 1-UNIT | $25,000 |
| VAN KAMPEN MUNI OPPORTUNITY TRUST CUSIP # 920935400 | 10-25-07 | 44-UNITS | $1,100,000 |

# EXHIBIT D

**CERTIFICATION**

I, DAVID KLEIN, hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of DAVID KLEIN (hereinafter "________").

2. DAVID KLEIN did not purchase or acquire the auction rate preferred securities at issue in this litigation at the direction of counsel or in order to participate in any private action under the federal securities laws.

3. I have reviewed the Class Action Complaint filed against Merrill Lynch & Co., and others, captioned _______ v. Merrill Lynch & Co., Inc., *et al.*,. As of this date, I adopts these claims.

4. DAVID KLEIN is willing to serve as lead plaintiff in this case, including providing testimony at deposition and trial, if necessary.

5. DAVID KLEIN'S purchases of Auction Rate Preferred Stock are identified in the annexed chart.

6. DAVID KLEIN has not sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years, except in ______________________________

____________________________________________________________

7. DAVID KLEIN will not accept payment for serving as a lead plaintiff beyond a pro rata share of any recovery as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7 day of DC, 2008.

[signature]

Name and Address Here
DAVID KLEIN
6660 SPRING-CYPRESS RD
SPRING, TX 77379

**AUCTION RATE PREFERRED STOCK HELD**

| Security Description | Purchase Date | Quantity | Face Amount |
|---|---|---|---|
| BlackRock MEN | | | $2,675,000 |
| BlackRock MYD | | | $3,975,000 |
| BlackRock MYN | | | $ 75,000 |
| Van Kampen VMO | | | $4,025,000 |

# EXHIBIT E

**CERTIFICATION**

I, Mark-Anthony L. Mey, hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of Mark-Anthony L. Mey (hereinafter "Mey").

2. Mey did not purchase or acquire the auction rate preferred securities at issue in this litigation at the direction of counsel or in order to participate in any private action under the federal securities laws.

3. I have reviewed the Class Action Complaint filed against Merrill Lynch & Co., and others, captioned Mey v. Merrill Lynch & Co., Inc., *et al.*,. As of this date, Mey adopts these claims.

4. Mey is willing to serve as lead plaintiff in this case, including providing testimony at deposition and trial, if necessary.

5. Mey purchases of Auction Rate Preferred Stock are identified in the annexed chart.

6. Mey has not sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years, except in N/A

7. Mey will not accept payment for serving as a lead plaintiff beyond a pro rata share of any recovery as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of Dec, 2008.

M. Mey

Name and Address Here
4501 Beech St.
Bellaire, TX 77401

## AUCTION RATE PREFERRED STOCK HELD

| Security Description | Purchase Date | Quantity | Face Amount |
|---|---|---|---|
| Van Kampen Merritt TR Investment grade Muni | | 375,000 | 375,000 |

# EXHIBIT F

**CERTIFICATION**

I, Alan Schaefer, hereby certify as follows:

1. I did not purchase or acquire the auction rate preferred securities at issue in this litigation at the direction of counsel or in order to participate in any private action under the federal securities laws.

2. I have reviewed the Class Action Complaint filed against Merrill Lynch and others, captioned ________ v. Merrill Lynch & Co, Inc, *et al.* As of this date, I adopt these claims.

3. I am willing to serve as lead plaintiff in this case. including providing testimony at deposition and trial, if necessary.

4. My purchases of Auction Rate Preferred Securities are identified in the annexed chart.

5. I have not sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years, ~~except in~~ AS ______________________________

______________________________________________________________________

______________________________________________________________________.

6. I will not accept payment for serving as a lead plaintiff beyond my pro rata share of any recovery as ordered or approved by the Court.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of December, 2008.

Alan Schaefer

Name and Address Here

17814 Trophy Deer Court
Houston, TX 77084

## AUCTION RATE PREFERRED STOCK HELD

| Security Description | Purchase Date | Quantity | Face Amount |
| --- | --- | --- | --- |

As per Brokerage Account Statement
Account number 42W-172699 for November 2008
period and detailed on pages 2 and 3

Amegy Investments, Inc.
4400 Post Oak Parkway
Houston, TX 77027
Tel: (713) 232 2222
Fax: (713) 232-5951

# Brokerage Account Statement

* 00014828 02 AV 0.449 TR 00066 X108PD01 000000

AMEGY BANK NA COLLATERAL FBO
ALAN SCHAEFER
17814 TROPHY DEER COURT
HOUSTON TX 77084-3977

**Your Account Executive:**
PRIVATE CLIENT INVESTMENT
(713) 232-1733

Account Number:
Statement Period: 11/01/2008 - 11/30/2008

## Valuation at a Glance

| | This Period |
|---|---|
| **Beginning Account Value** | $[illegible] |
| Dividends/Interest | [illegible] |
| Change in Account Value | 0.00 |
| **Ending Account Value** | [illegible] |
| **Estimated Annual Income** | [illegible] |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Cash, Money Funds, and FDIC Deposits | [illegible] | [illegible] | 8% |
| Other | 6,925,000.00 | 6,925,000.00 | 92% |
| **Account Total (Pie Chart)** | [illegible] | [illegible] | **100%** |



Asset Allocation percentages are rounded to the nearest whole percentage.
Pie Chart allocation excludes all asset classes which net to a liability.



DALBAR RATED FOR COMMUNICATION

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

[redacted]

## Customer Service Information

| Your Account Executive: 658 | Contact Information | Customer Service Information |
|---|---|---|
| PRIVATE CLIENT INVESTMENT<br>4400 POST OAK PARKWAY<br>HOUSTON TX 77027 | **Telephone Number:** ( [illegible]<br>**Fax Number:** ( [illegible]<br>**E-Mail Address:** [illegible] | **Service Hours:** Weekdays 08:00 a.m. - 05:00 p.m. CT<br>**Customer Service Telephone Number:** (713) 232-2222<br>**Web Site:** amegybank.com |

**As you requested, copies of this statement have been sent to:**
AMEGY BANK NA COLLATERAL DEPT

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| **Cash, Money Funds, and FDIC Deposits** 8.00% of Portfolio | | | | | | |
| **Cash Balance** | | [illegible] | [illegible] | | | |
| **Money Market** | | | | | | |
| 591,174.920 | **FEDERATED MUNICIPAL TRUST** | [illegible] | [illegible] | 0.00 | [illegible] | 1.39% |
| **Total Money Market** | | [illegible] | [illegible] | $0.00 | [illegible] | |
| **Total Cash, Money Funds, and FDIC Deposits** | | $[illegible] | $[illegible] | $0.00 | $[illegible] | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Other** 92.00% of Portfolio | | | | | | |
| **Other** | | | | | | |
| 31.000 | **BLACKROCK MUN INCOME TR AUCTION**<br>RATE PFD STK SER T7 CALLABLE<br>*Security Identifier:* 09248E307 | 25,000.0000 | 775,000.00 | 0.00 | 14,085.24 | 1.81% |
| 30.000 | **BLACKROCK MUN INCOME TR AUCTION**<br>RATE PFD STK SER F7<br>*Security Identifier:* 09248F604 | 25,000.0000 | 750,000.00 | 0.00 | 11,795.65 | 1.57% |
| 10.000 | **BLACKROCK MUNIVEST FD II INC AUCTION**<br>MKT PFD SER C<br>*Security Identifier:* 09253T408 | 25,000.0000 | 250,000.00 | 0.00 | 4,672.05 | 1.84% |
| 63.000 | **BLACKROCK MUNI INTER DURATION FD INC**<br>SER TH7 AUCTION MKT PFD<br>*Security Identifier:* 09253X508 | 25,000.0000 | 1,575,000.00 | 0.00 | 40,351.50 | 2.56% |



M144317CSF106DD DALBAR RATED FOR COMMUNICATION
Account Number: 42W-172699
AMEGY BANK NA COLLATERAL FBO
PAR-02-ROLL
Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Amegy Investments, Inc.
4400 Post Oak Parkway
Houston, TX 77027
Tel: (713) 232-2222
Fax: (713) 232-5951

# Brokerage Account Statement

Statement Period: 11/01/2008 - 11/30/2008

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Other** (continued) | | | | | | |
| **Other** (continued) | | | | | | |
| 45.000 | **BLACKROCK MUNIENHANCED FD INC** SER C AUCTION MKT PFD CALLABLE 10/30/06 *Security Identifier:* 09253Y407 | 25,000.0000 | 1,125,000.00 | 0.00 | 18,140.52 | 1.61% |
| 21.000 | **BLACKROCK MUNIHOLDGS INSD FD** II INC SER C AUCTION MKT PFD *Security Identifier:* 09254C404 | 25,000.0000 | 525,000.00 | 0.00 | 9,541.61 | 1.81% |
| 5.000 | **BLACKROCK MUNIYIELD INSD FD INC ARP** SER F CALLABLE 10/23/06 *Security Identifier:* 09254E806 | 25,000.0000 | 125,000.00 | 0.00 | 2,015.61 | 1.61% |
| 25.000 | **BLACKROCK MUNIYIELD QUALITY FD II INC** AUCTION MKT PFD SER C *Security Identifier:* 09254G405 | 25,000.0000 | 625,000.00 | 0.00 | 9,829.71 | 1.57% |
| 47.000 | **BLACKROCK MUNIHOLDINGS FLA** INSD FD INC AUCTION MKT PFD SER D *Security Identifier:* 09254P504 | 25,000.0000 | 1,175,000.00 | 0.00 | 21,723.66 | 1.84% |
| **Total Other** | | | $6,925,000.00 | $0.00 | $132,105.55 | |
| **Total Other** | | | $6,925,000.00 | $0.00 | $132,105.55 | |

| Description | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|
| **Total Portfolio Holdings** | [illegible] | $0.00 | [illegible] |

**Disclosures and Other Information**

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

# EXHIBIT G

**CERTIFICATION**

I, Fiore P. Talarico, hereby certify as follows:

1. I did not purchase or acquire the auction rate preferred securities at issue in this litigation at the direction of counsel or in order to participate in any private action under the federal securities laws.

2. I have reviewed the Class Action Complaint filed against Merrill Lynch and others, captioned __________ v. Merrill Lynch & Co, Inc, *et al.* As of this date, I adopt these claims.

3. I am willing to serve as lead plaintiff in this case, including providing testimony at deposition and trial, if necessary.

4. My purchases of Auction Rate Preferred Securities are identified in the annexed chart.

5. I have not sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years, except in None

6. I will not accept payment for serving as a lead plaintiff beyond my pro rata share of any recovery as ordered or approved by the Court.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of Dec 2008.

[signature]

Name and Address Here

Fiore P. Talarico
6710 Audley ST
Houston, TX 77005 12/5/08

2249 / MISC / 00092785.WPD v1

## AUCTION RATE PREFERRED STOCK HELD

| Security Description | Purchase Date | Quantity | Face Amount |
|---|---|---|---|

| Quantity | Description | Market Price | Market Value |
|---|---|---|---|
| **Other** 43.00% of Portfolio | | | |
| **Other** | | | |
| 69.000 | **BLACKROCK MUNIVEST FD INC SER D**<br>AUCTION MKT PFD<br>*Security Identifier:* 09253R501 | 25,000.0000 | 1,725,000.00 |
| 10.000 | **BLACKROCK MUNIVEST FD II INC SER B**<br>AUCTION MKT PFD<br>*Security Identifier:* 09253T309 | 25,000.0000 | 250,000.00 |
| 84.000 | **BLACKROCK MUNIYIELD FD INC SER D**<br>AUCTION MKT PFD<br>*Security Identifier:* 09253W500 | 25,000.0000 | 2,100,000.00 |
| 26.000 | **BLACKROCK MUNIENHANCED FD INC**<br>AUCTION MKT PFD SER B<br>*Security Identifier:* 09253Y308 | 25,000.0000 | 650,000.00 |
| 15.000 | **VAN KAMPEN TR INSD MUNS AUCTION PFD**<br>SER A CALLABLE<br>*Security Identifier:* 920928207 | 25,000.0000 | 375,000.00 |
| 7.000 | **VAN KAMPEN MERRITT TR INSD MUNI AUCTION**<br>RATE PFD SER B CALLABLE<br>*Security Identifier:* 920928306 | 25,000.0000 | 175,000.00 |
| 175.000 | **VAN KAMPEN MERRITT TR INVEST GRADE MUNI**<br>AUCTION RATE PFD SER C CALLABLE<br>*Security Identifier:* 920929403 | 25,000.0000 | 4,375,000.00 |
| 314.000 | **VAN KAMPEN TR INVT GRANDE MUNS SER H**<br>AUCTION RT PFD CALLABLE 7/5/07<br>@25000<br>*Security Identifier:* 920929882 | 25,000.0000 | 7,850,000.00 |
| Total Other | | | $17,500,000.00 |

12/5/08

# EXHIBIT H

**CERTIFICATION**

I, Robert Teh, hereby certify as follows:

1. I did not purchase or acquire the auction rate preferred securities at issue in this litigation at the direction of counsel or in order to participate in any private action under the federal securities laws.

2. I have reviewed the Class Action Complaint filed against Merrill Lynch and others, captioned ________ v. Merrill Lynch & Co, Inc, *et al.* As of this date, I adopt these claims.

3. I am willing to serve as lead plaintiff in this case, including providing testimony at deposition and trial, if necessary.

4. My purchases of Auction Rate Preferred Securities are identified in the annexed chart.

5. I have not sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years, except in N/A

6. I will not accept payment for serving as a lead plaintiff beyond my pro rata share of any recovery as ordered or approved by the Court.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4TH day of December, 2008.

Robert Teh
~~6299~~ 6929 Forest Cove Cr
~~Dallas, TX~~ 75230

Name and Address Here

## AUCTION RATE PREFERRED STOCK HELD

| Security Description | Purchase Date | Quantity | Face Amount |
|---|---|---|---|
| BlackRock New York Muni bond series T7 | Nov. 22, 2005 | 4 units $25,000 per unit | $100,000 |