UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAX BLANKFELD, JOHNNY EDWARDS ADAM FINN, DAVID KLEIN, MARK MEY ALAN SCHAEFER, FIORE TALARICO, and ROBERT TEH, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. H-09-162 |
| MERRILL LYNCH & CO., INC. and MERRILL LYNCH PIERCE FENNER & SMITH, INC., | § § § § § | JURY |
| Defendants. | § § | |

## STIPULATION OF THE PARTIES

1. All parties to the captioned matter file this stipulation.

2. The plaintiffs are Max Blankfeld, Johnny Edwards, Adam Finn, David Klein, Mark Mey, Alan Schaefer, Fiore Talarico and Robert Teh.

3. The defendants are Merrill Lynch & Co., Inc. and Merrill Lynch Pierce Fenner & Smith, Inc.

4. The parties stipulate the defendants shall file their answers or otherwise respond to Plaintiffs' Class Action Compliant not later than April 10, 2009.

5. The parties further stipulate that the defendants do not waive any defenses they may have, whether under Fed.R.Civ.P. 12 or otherwise, by entering into this stipulation.

WHEREFORE, all parties request that the Court approve their stipulation and that they have such other relief as the Court may deem appropriate.

Dated: February 10, 2009                    Respectfully submitted,

      /s/ Stephen S. Andrews
Stephen S. Andrews
Attorney in Charge
Texas State Bar No.  01250300
Federal I.D. No.  1458
Oaks, Hartline & Daly, L.L.P.
2323 S. Shepherd Drive, 14th Floor
Houston, TX 77019
(713) 979-5123 (Telephone)
(713) 979-4440 (Fax)
andrews@ohdlegal.com

Of Counsel:
Stephen Lowey
Geoffrey Horn
Lowey Dannenberg Cohen & Hart, P.C.
1 North Broadway, Suite 509
White Plains, NY 10601
Tel.:  (914) 997-0500
Fax:  (914) 997-0035
slowey@lowey.com              **ATTORNEYS FOR PLAINTIFFS**


  */s/ Charles W. Schwartz
Charles W. Schwartz
Attorney in Charge
Texas State Bar No.  17861300
Federal I.D. No.  603
Skadden, Arps, Slate,
    Meagher & Flom LLP
1000 Louisiana, Suite 6800
Houston, TX 77002
(713) 655-5160 (Telephone)
(888) 329-2286 (Fax)
*permission granted to affix*
*counsel's electronic signature*

Of Counsel:

Noelle M. Reed
Federal I.D. No.  603
Skadden, Arps, Slate,
    Meagher & Flom LLP
1000 Louisiana, Suite 6800
Houston, TX 77002
(713) 655-5160 (Telephone)              **ATTORNEYS FOR DEFENDANTS**
(888) 329-2286 (Fax)                    **MERRILL LYNCH & CO., INC. AND MERRILL**
                                           **LYNCH PIERCE FENNER & SMITH, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 11, 2009, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court.  Counsel listed below was served via U.S. mail postage prepaid:

Charles W. Schwartz
Skadden, Arps, Slate,
    Meagher & Flom LLP
1000 Louisiana, Suite 6800
Houston, TX 77002

                                                  /s/ Stephen S. Andrews_____
                                                 Stephen S.  Andrews

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAX BLANKFELD, JOHNNY EDWARDS ADAM FINN, DAVID KLEIN, MARK MEY ALAN SCHAEFER, FIORE TALARICO, and ROBERT TEH,<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH & CO., INC. and MERRILL LYNCH PIERCE FENNER & SMITH, INC.,<br><br>Defendants. | § § § § § § § § § § § § § § | Civil Action No. H-09-162<br><br>JURY |

## ORDER APPROVING STIPULATION OF THE PARTIES

Pending is the stipulation of all parties concerning the date by which the defendants must answer or otherwise respond to the Plaintiffs' Class Action Compliant.  The stipulation is approved.  The defendants shall answer or otherwise respond not later than April 10, 2009.

Done at Houston, Texas on February _____, 2009.

_____
United States District Judge

4