UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAX BLANKFELD, JOHNNY EDWARDS ADAM FINN, DAVID KLEIN, MARK MEY ALAN SCHAEFER, FIORE TALARICO, and ROBERT TEH, | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. H-09-162 |
| MERRILL LYNCH & CO., INC. and MERRILL LYNCH PIERCE FENNER & SMITH, INC., | § | JURY |
| Defendants. | § | |

PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

Plaintiffs Max Blankfeld, Johnny Edwards, Adam Finn, David Klein, Mark Mey, Alan Schaefer, Fiore Talarico and Robert Teh file this certificate of interested parties known to plaintiffs to have a financial interest in the outcome of this litigation.

1. Max Blankfeld
2. Johnny Edwards
3. Adam Finn
4. David Klein
5. Mark Mey
6. Alan Schaefer
7. Fiore Talarico
8. Robert Teh
9. Merrill Lynch & Co., Inc. is wholly owned by Bank of America Coporation

10. Merrill Lynch Pierce Fenner & Smith, Inc. is wholly owned by Bank of America Corporation

Dated: February 19, 2009

Respectfully submitted,

_/s/ Stephen S. Andrews_______________________
Stephen S. Andrews
Attorney in Charge
Texas State Bar No. 01250300
Federal I.D. No. 1458
Oaks, Hartline & Daly, L.L.P.
2323 S. Shepherd Drive, 14th Floor
Houston, TX 77019
(713) 979-5123 (Telephone)
(713) 979-4440 (Fax)
andrews@ohdlegal.com

Of Counsel:
Stephen Lowey
Geoffrey Horn
Lowey Dannenberg Cohen & Hart, P.C.
1 North Broadway, Suite 509
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
slowey@lowey.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2009, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court. Counsel listed below was served via U.S. mail postage prepaid:

Charles W. Schwartz
Skadden, Arps, Slate,
Meagher & Flom LLP
1000 Louisiana, Suite 6800
Houston, TX 77002

_/s/ Stephen S. Andrews_______________________
Stephen S. Andrews