UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Max Blankfeld, et al.
                      Plaintiff

v.                                      Case No.: 4:09−cv−00162
                                           Judge Lee H Rosenthal

Merrill Lynch & Co., Inc., et al.
                      Defendant

## Notice of Reassignment

     Pursuant to General Order No. 2009−03, this case is reassigned to the docket of United States District Judge Lee H Rosenthal. Deadlines in scheduling orders remain in effect. All court settings are vacated.

Date: February 26, 2009

                                                                      Michael N. Milby, Clerk