UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAX BLANKFELD, JOHNNY EDWARDS ADAM FINN, DAVID KLEIN, MARK MEY ALAN SCHAEFER, FIORE TALARICO, and ROBERT TEH,<br><br>    Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH & CO., INC. and MERRILL LYNCH PIERCE FENNER & SMITH, INC.,<br><br>    Defendants. | § § § § § § § § § § § § § § | Civil Action No. H-09-162<br><br>JURY |

NOTICE OF DISMISSAL

Please take notice that Plaintiffs hereby dismiss this action, without prejudice, pursuant to Rule 41(a), Fed. R. Civ. Proc.

Dated: March 9, 2009                                Respectfully submitted,

                                                             /s/ Stephen S. Andrews
                                                            Stephen S. Andrews
                                                            Attorney in Charge
                                                            Texas State Bar No. 01250300
                                                            Federal I.D. No. 1458
                                                            Oaks, Hartline & Daly, L.L.P.
                                                            2323 S. Shepherd Drive, 14th Floor
                                                            Houston, TX 77019
Of Counsel:                                                 (713) 979-5123 (Telephone)
Stephen Lowey                                               (713) 979-4440 (Fax)
Geoffrey Horn                                               andrews@ohdlegal.com
Lowey Dannenberg Cohen & Hart, P.C.
1 North Broadway, Suite 509
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
slowey@lowey.com                                            ATTORNEYS FOR PLAINTIFFS

1

CERTIFICATE OF SERVICE

      I hereby certify that on March 9, 2009, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court which will generate an electronic notice of this filing to the following counsel.

Charles W. Schwartz
Skadden, Arps, Slate,
    Meagher & Flom LLP
1000 Louisiana, Suite 6800
Houston, TX 77002

                                     /s/ Stephen S. Andrews
                                     Stephen S.  Andrews